IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A.; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. RETIREMENT ACCOUNT FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. PENSION FUND; BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A. HEALTH AND WELFARE FUND; BOARD OF TRUSTEES of the JOINT APPRENTICESHIP COMMITTEE FUND of the PLUMBING & HEATING INDUSTRY OF LAKE AND McHENRY COUNTIES; and The INDUSTRY ADVANCEMENT FUND; <br><br> Plaintiffs, <br><br> vs. <br><br> ALL PRO PLUMBING, INC., an Illinois Corporation, <br><br> Defendant. | NO.: 07CV2497 <br><br> JUDGE: NORGLE <br><br> MAGISTRATE JUDGE: BROWN |

## MOTION FOR ENTRY OF FINAL JUDGMENT

Now come Plaintiffs, the BOARD OF TRUSTEES of the PLUMBERS LOCAL UNION NO. 93 U.A., *et. al.,* by and through their attorneys, JOHNSON & KROL, LLC, and moves this Honorable Court for entry of Final Judgment against Defendant ALL PRO PLUMBING, INC. ("ALL PRO") pursuant to Rule 54(c) of the Federal Rules of Civil Procedure and in support thereof, states as follows:

1. On May 4, 2007, Plaintiffs filed their Initial Complaint in the above-captioned matter.

2. On May 8, 2007, the Summons and Complaint was served on Carlo G.

1

D'Agostino, the registered agent, at 422 Wesley Street, Wheaton, IL 60187.

3. On June 29, 2007, this Court entered a Default Judgment against ALL PRO, pursuant to Fed. R. Civ. P. 55(a)(b)(2), and further ordered the Defendant to provide to Plaintiffs 1) Payroll records for the entire year of 2004 and April May, June and October of 2005; and 2) Quarterly tax records for the second Quarter of 2006, in compliance with a TRUST FUNDS audit of Defendant ALL PRO.

4. The Defendant was also ordered to pay all delinquent and deficient contributions and wage deduction payments later revealed by the TRUST FUND's audit of Defendant ALL PRO.

5. A TRUST FUND audit was conducted on October 19, 2007 that revealed $3,274.26 in unpaid contributions, liquidated damages and interest for the period of January 1, 2004 through December 31, 2006. (A copy of the audit is attached as Exhibit 1).

6. In addition to the amounts revealed by the audit, Defendant ALL PRO owes the funds $9,029.23 in unpaid liquidated damages and interest for the period of June 2005 through March 2006. (A delinquency report is attached as Exhibit 2)

7. Defendant ALL PRO currently owes the TRUST FUNDS $5,008.10 in attorney's fees and costs that accrued during the time period of March 27, 2007 through the present. (Affidavit of Attorney's fees attached hereto as Exhibit 3.)

8. The total cost due and owing to Plaintiffs from Defendant ALL PRO is $17,311.59.

9. Plaintiffs respectfully request this Honorable Court enter Final Judgment in favor of Plaintiffs and against the Defendant ALL PRO for unpaid contributions, liquidated damages, interest charges and reasonable attorney's fees and costs in the amount of $17,311.59.

10. A proposed Final Judgment Order is attached hereto as Exhibit 4

WHEREFORE, Plaintiffs pray that this Honorable Court enter an Order of Final Judgment in favor of Plaintiffs and against Defendant ALL PRO in the amount of $17,311.59.

Respectfully submitted,

JOHNSON & KROL, LLC

By: /s/ Joseph E. Mallon – 6280529
One of Plaintiffs' Attorneys

Johnson & Krol, LLC
208 South LaSalle Street, Suite 1602
Chicago, Illinois 60604
(312) 372-8587